# EXHIBIT "D"

# EXHIBIT "D"

# A Self-Contained Appraisal Report
# of the

Vacant Parcel of Land

# Owned
# by

Ashjian Development LLC

# Generally Located

West of Lone Mountain Road and on the West Side of North Rainbow Boulevard, Las Vegas, Clark County, Nevada 89108

# Legally Described
# as a

Portion of the Northeast ¼ of the Northeast ¼ of Section 03, Township 20 South, Range 60 East, M.D.B.&M.

# For the Purpose
# of

Developing an Opinion of the "As Is Market Value" in Fee Simple Interest

as of

January 14, 2010

# File Number
238-09-HK



KENT APPRAISAL SERVICES          SINCE 1971

January 19, 2010

Ms. Helen Liu
 V.P./Credit Department Manager
Nevada National Bank
6110 Spring Mountain Road
Las Vegas, NV 89146

**File No. 238-09-HK**
**Tax ID #88-0121119**

Dear Ms. Liu:

Enclosed per your request and authorization is a Self-Contained Appraisal Report of the Vacant Parcel of Land, generally located West of Lone Mountain Road and on the West Side of North Rainbow Boulevard, Las Vegas, Clark County, Nevada 89108. The subject property may be further described as Clark County Assessor's Parcel Number 138-03-501-012. The subject can also be referred to as Clark County Assessor's Old Parcel Numbers 138-03-510-011, -012, and -013.

The subject property is currently a vacant parcel of land. The site contains approximately 2.35 net acres or 102,747 net square feet.

Based on the analysis of all the data utilized, the opinion of the "As Is Market Value" of the subject property, in Fee Simple Interest, as of the effective date of value, January 14, 2010, is:

**Five Hundred Fifteen Thousand Dollars**
**$515,000.00**

This report has been prepared as a Self-Contained Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of the Uniform Standards of Professional Appraisal Practice (USPAP).

This appraisal report has been prepared with the intent to comply with the Uniform Standards of Professional Appraisal Practice (USPAP), as well as the Code of Professional Ethics, as adopted by the Appraisal Institute and the Appraisal Foundation. Further, this appraisal report has been prepared with the intent to conform with appraisal guidelines of Nevada National Bank and FIRREA.

KENT APPRAISAL SERVICES
Real Estate Appraisers and Consultants
Heidi H. Kent, MAI, President
kent@kentappraisalservices.com

3120 S. Durango Drive, Suite 304
Las Vegas, Nevada 89117-4454
702.876.9151
Fax 702.876.9813

Ms. Helen Liu
Nevada National Bank
January 19, 2010
Page Two

File No. 238-09-HK

This Letter of Transmittal must be used in conjunction with the following enclosed analysis and is, therefore, not considered a report standing on its own merit.

Thank you for the opportunity to prepare this appraisal report for you.

Sincerely,
**Kent Appraisal Services**

*Heidi H. Kent*

Heidi H. Kent, MAI
Certified General Appraiser
Nevada License No. A.0002459-CG
Expiration Date: October 31, 2010

HHK/hhk



KENT APPRAISAL SERVICES

SINCE 1971